1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOS PADRES FORESTWATCH, a non-profit organization,<br><br>                    Plaintiff,<br><br>      v.<br><br><br>UNITED STATES FOREST SERVICE, PEGGY HERNANDEZ, in her official capacity as forest supervisor for the Los Padres National Forest,<br><br>                    Defendants. | Case No.: 10-CV-03653-LHK<br><br>ORDER RE: EXPEDITED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF<br><br>(re: docket #6) |

The Court orders the following briefing schedule for Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunctive Relief.  On or before Monday, August 30, 2010, Plaintiff shall file a memorandum not to exceed 3 pages in length explaining why its Motion is not moot.  According to Plaintiff's Motion, the road side clearing  project began on July 28, 2010 and was to last throughout the summer.  Today is August 27, 2010.  It is not clear what amount of the road side clearing project remains to be completed.  Defendants shall file their opposition on or before Wednesday, September 1, 2010.  Plaintiff shall file its reply on or before Thursday,

1

Case No.: 10-CV-03653-LHK
ORDER ON EXPEDITED BRIEFING SCHEDULE

September 2, 2010.  The Court shall hold a hearing on Plaintiff's Motion for Preliminary Injunctive

Relief on Tuesday, September 7, 2010 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 27, 2010

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case No.: 10-CV-03653-LHK
ORDER ON EXPEDITED BRIEFING SCHEDULE

United States District Court
For the Northern District of California