Michael W. Graf (CA Bar # 136172)
227 Behrens Street
El Cerrito CA 94530
Tel: (510) 525-7222
Fax: (510) 525-1208
mwgraf@aol.com

Sharon E. Duggan  (CA Bar # 105108)
370 Grand Avenue Suite 5
Oakland, CA 94610
Tel: 510-271-0825
Fax: 510-271-0829
FoxSDuggan@aol.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| LOS PADRES FORESTWATCH, a non-profit organization,<br>　　　　　　　Plaintiff,<br>　　v.<br>UNITED STATES FOREST SERVICE, PEGGY HERNANDEZ, in her official capacity as Forest Supervisor for the Los Padres National Forest,<br>　　　　　　　Defendants.<br>_____ / | Case No.  C 10-03653<br>**JOINT STIPULATED REQUEST FOR AN EXTENSION OF TIME TO FILE BRIEFS RELATED TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION  AND ORDER**<br><br>Date:　September 7, 2010<br>Time:　2 p.m.<br>Courtroom 4, 5th Floor<br><br>Honorable Lucy H. Koh (LHK) |

Plaintiff Los Padres ForestWatch and Defendants United States Forest Service and Peggy Hernandez (together the "parties") have been engaged in good faith discussions to try to resolve this lawsuit through a negotiated settlement.  The parties are attempting to put in place some interim measures that will allow the parties to continue their settlement discussions.  The parties thus hereby jointly request that the Court grant each party a one day extension on the briefs to be filed in this matter.

SO STIPULATED

/s/ Michael W. Graf
Michael W. Graf
Attorneys for Plaintiff

/s/Peter C. Whitfield
Peter C. Whitfield,
United States Department of Justice
Attorneys for Defendants

TRO-PI extension.wpd

PURSUANT TO STIPULATION, IT IS SO ORDERED:

    The Court, having reviewed the Joint Stipulated Request for an Extension of Time to File Briefs Related to Plaintiff's Motion for a Preliminary Injunction, hereby grants a one-day extension of time. Defendants' brief in response to Plaintiff's motion shall be due September 2 and Plaintiff's reply in support of its motion shall be due September 3.

Dated: September 1, 2010

*Lucy H. Koh*
Honorable Lucy H. Koh (LHK)