Michael W. Graf (CA Bar # 136172)
227 Behrens Street
El Cerrito CA 94530
Tel: (510) 525-7222
Fax: (510) 525-1208
mwgraf@aol.com

Sharon E. Duggan  (CA Bar # 105108)
370 Grand Avenue Suite 5
Oakland, CA 94610
Tel: 510-271-0825
Fax: 510-271-0829
FoxSDuggan@aol.com

Attorneys for Plaintiff

Peter Whitfield (HI Bar # 08749)
601 D St. NW
Washington, DC 20004
Tel: 202.305.0430
Fax: 202.305.0274
peter.whitfield@usdoj.gov

Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LOS PADRES FORESTWATCH, a non-profit organization,<br>　　　　　　　Plaintiff,<br>　　v.<br>UNITED STATES FOREST SERVICE, PEGGY HERNANDEZ, in her official capacity as Forest Supervisor for the Los Padres National Forest,<br>　　　　　　　Defendants. | Case No.  C 10-03653<br><br>**JOINT STIPULATED REQUEST FOR AN EXTENSION OF TIME TO FILE DEFENDANTS' BRIEF RELATED TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND ORDER**<br>Date:   November 2, 2010<br>Time:   2 p.m.<br>Courtroom 4, 5th Floor<br><br>Honorable Lucy H. Koh (LHK) |

Plaintiff Los Padres ForestWatch and Defendants United States Forest Service and Peggy Hernandez (together the "parties") have been engaged in good faith discussions to try to resolve this lawsuit through a negotiated settlement.  The parties are attempting to negotiate further interim measures that will allow the parties to continue their settlement discussions.  The parties believe that this will enable them to reach a global settlement on all issues in this matter.  The parties thus hereby jointly request that the Court grant Defendants a two-day extension on their brief to be filed in this matter.

SO STIPULATED

/s/ Michael W. Graf
Michael W. Graf
Attorneys for Plaintiff

/s/Peter C. Whitfield
Peter C. Whitfield,
United States Department of Justice
Attorneys for Defendants

TRO-PI extension 10.25.wpd

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Court, having reviewed the Joint Stipulated Request for an Extension of Time to File Defendants' Brief Related to Plaintiff's Motion for a Preliminary Injunction, hereby grants an extension of time. Defendants' brief in response to Plaintiff's motion shall be due October 27, 2010

The preliminary injunction hearing was originally set for September 2, 2010. Per the parties' stipulation, the Court continued the September 2, 2010 hearing and briefing, and set a hearing for November 2, 2010. Defendants' responsive brief was due ten (10) days before the hearing, which makes this current request untimely -- at the latest Defendants' brief was due today. Although hesitant to delay briefing yet again, the Court will allow this last extension of time based on the parties' representations that further time will allow them to "reach a global settlement on all issues in this matter." Further extensions are strongly disfavored. If a settlement is reached, the Court expects the parties to file a joint stipulation of dismissal by Wednesday, October 27, 2010 in lieu of further briefing.

Dated: October 25, 2010

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE